UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRAMP MARITIME ENTERPRISES LTD,

                    Plaintiff,                    08 CV 9926 (RMB)

-v-

                                              **STATEMENT PURSUANT**

NT SHIPPING MARSHALL ISLANDS,          **TO F.R.C.P. 7.1**

                    Defendant.
------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, TRAMP MARITIME ENTERPRISES LTD, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
        November 17, 2008

                                        CHALOS & CO, P.C.
                                        Attorneys for Plaintiff
                                        TRAMP MARITIME ENTERPRISES LTD

              By:      _____
                                        George M. Chalos (GC-8693)
                                        123 South Street
                                        Oyster Bay, New York 11771
                                        Tel: (516) 714-4300
                                        Fax: (866) 702-4577
                                        Email: gmc@chaloslaw.com