# CHALOS & CO.
## International Law Firm

123 South Street, Oyster Bay, New York 11771

TEL. +1-516-714-4300 • FAX. +1-866-702-4577 • WEB. www.chaloslaw.com

George M. Chalos
ATTORNEY AT LAW

+1-516-714-3040
+1-516-721-4076
gmc@chaloslaw.com

DEC 18 2008

December 17, 2008

**_By Hand and U.S. Mail_**

United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007-1312

Attn:  Honorable Richard M. Berman

Re:   <u>Tramp Maritime Enterprises Ltd. v. NT Shipping Marshall Islands</u>
      08 CV 9926 (RMB)

**<u>Request for Sixty (60) Day Adjournment of Initial Pre-Trial Conference</u>**

Dear Judge Berman:

    We are attorneys for the Plaintiff, Tramp Maritime Enterprises Ltd., in the above-captioned matter and write to respectfully request a sixty-day (60) adjournment of the upcoming Initial Pre-Trial Conference. The Conference is presently scheduled to proceed on Monday, December 22, 2008 at 10:30 a.m. This is a maritime Rule B attachment matter. As of the time of this writing, Defendants have not appeared in the instant litigation. Up until just a few moments ago, Plaintiff had not yet restrained any funds and Defendant had not answered, moved or otherwise appeared in these proceedings. However, we have just received notice that a wire transfer in the amount of USD $5,889.41 has just been restrained at garnishee, JP Morgan Chase Bank. We shall be providing the Defendant with prompt notice of this attachment.

    Accordingly, under the circumstances, Plaintiff respectfully requests a sixty (60) day adjournment of the initial Pre-Trial conference. This is the first request for an adjournment made by the Plaintiff.

    In advance, thanking the Court for its time and consideration, we remain,

Respectfully yours,

CHALOS & CO, P.C.

George M. Chalos

*[Handwritten endorsement:] Adjourned to 1/14/09 @ 9:00. Final for arbitration.*

**SO ORDERED:**
Date: 12/19/08
Richard M. Berman, U.S.D.J.

A PROFESSIONAL CORPORATION • ASSOCIATED OFFICES PIRAEUS, GREECE

Chalos & Co ref: 2005.005