UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TRAMP MARITIME ENTERPRISES LTD,

                     Plaintiff,

-v-

NT SHIPPING MARSHALL ISLANDS,

                     Defendant.
----------------------------------------------------------x

08 CV 9926 (RMB)

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, TRAMP MARITIME ENTERPRISES LTD., as to defendant pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

**Clerk to close this case**

Dated: Oyster Bay, New York
       March 12, 2009

                     CHALOS & CO, P.C.
                     Attorneys for Plaintiff
                     TRAMP MARITIME ENTERPRISES LTD.

By: _____
     George M. Chalos (GC-8693)
     123 South Street
     Oyster Bay, New York 11771
     Tel: (516) 714-4300
     Fax: (866) 702-4577
     Email: gmc@chaloslaw.com

**SO ORDERED:**

RMB
_____
U.S.D.J.
3/13/09

Chalos & Co ref: 2004.005